RECEIVED

MAR - 9 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA DIXON, ET AL. | MISC. CASE NO. 17-mc-24 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Brenda Dixon, as Administrator and Derivative Claimant, and Charlie Dixon, Jr., Robert Dixon, and Tracy Jo Dove as Derivative Claimants, of the Estate of Charlie Joe Dixon, Sr., is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 9th day of March, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE